**FILED**

06/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0281

 **ORIGINAL**



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0281

**FILED**

**JUN 2 3 2023**

Bowen Greenwood
Clerk of Supreme Court
State of Montana

SADDLEBROOK INVESTMENTS, LLC,
as Assignee of STUART M. SIMONSEN,

Plaintiff and Appellee,

v.

**GRANT OF EXTENSION**

KROHNE FUND. L.P., SEAN WRIGHT,
and ANTHONY BIRBILIS,

Defendants and Appellant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until July 26, 2023, to prepare, file, and serve the Appellant's brief.

DATED this June 23, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:     Anthony Birbilis, T. Thomas Singer, Steven Leon Stockdale, Matthew B. Gallinger

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705